

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '23 MJ1795 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(i) |
| | ) | Attempted Bringing In Illegal Aliens |
| | ) | At Other Than Port Of Entry |
| Tranquilino Martin GALVEZ Gonzalez, | ) | |
| Eleazar BARRERAS-Laurian, | ) | |
| Defendants. | ) | |

The undersigned complainant being, duly sworn, states:

On or about May 19, 2023, within the Southern District of California, defendants Tranquilino Martin GALVEZ Gonzalez and Eleazar BARRERAS-Laurian, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Reyes GALINDO De Jesus, Ricardo LUNA Bravo, and Gustavo Enrique MONTOYA Castillo, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Shawna M. Wilson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON May 22, 2023.

_____
HON. DAVID D. LESHNER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Tranquilino Martin GALVEZ Gonzalez,
Eleazar BARRERAS-Laurian

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Reyes GALINDO De Jesus, Ricardo LUNA Bravo and Gustavo Enrique MONTOYA Castillo are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 19, 2023, United States Border Patrol Agents D. Johanson and M. Perez were performing their assigned duties in the San Clemente Border Patrol Station's area of responsibility. Agents Johanson and Perez were wearing their agency issued full rough duty uniform with all agency badges, patches and insignia visible.

At approximately 6:00 AM, agents were advised of the United States Coast Guard having approximately 15 individuals detained with the suspicion of being involved in a maritime alien smuggling event. The individuals were encountered on a vessel at sea, approximately 23 miles west of Carlsbad, California and traveling northbound. At approximately 7:15 AM, agents Johanson and Perez arrived at the Harbor Patrol in Oceanside, California. Upon arrival, agent Perez conducted an immigration inspection of all 15 individuals, to include defendants Tranquilino Martin GALVEZ Gonzalez and Eleazar BARRERAS-Laurian. The group of 15 individuals also included Material Witnesses Reyes GALINDO De Jesus, Ricardo LUNA Bravo, and Gustavo MONTOYA Castillo. All individuals stated being citizens of Mexico not in possession of proper immigration documents to be enter or remain in the United States legally. At approximately 7:20 AM, Agent Perez placed all individuals under arrest.

At approximately 1:24 PM, defendant GALVEZ was read his Miranda Rights. GALVEZ acknowledged his rights and decided to speak with agents without his attorney present. GALVEZ stated he was born in Sinaloa, Mexico and that he is a citizen and national of Mexico. GALVEZ admitted he does not have proper immigration documents to be or remain in the United States legally. GALVEZ stated he is a fisherman and diver by trade. GALVEZ stated while he was trying to find work in Ensenada, when he ran into an individual. GALVEZ stated he made smuggling arrangements with this individual. GALVEZ stated that he was going to be charged a smuggling fee of $6,500 USD to cross into the United States. This individual offered that if GALVEZ became the captain and piloted the boat into the United States, he would not be charged the smuggling fee. GALVEZ stated he took the job. GALVEZ stated he was supposed to leave from Ensenada, Mexico, however something occurred, and they had to move their

CONTINUATION OF COMPLAINT:
Tranquilino Martin GALVEZ Gonzalez,
Eleazar BARRERAS-Laurian

operations to Popotla, Mexico. GALVEZ stated he was driven by the individual to Popotla, Mexico on Thursday, May 18, 2023 at approximately 7:30 PM. GALVEZ stated that he held onto the global positioning system (GPS) device that was provided by the individual. GALVEZ stated that all the occupants boarded the boat and they departed at nightfall. GALVEZ stated he was instructed to follow the pre-programmed route on the GPS and that he went approximately 82 miles west of Popotla, Mexico. GALVEZ stated that he was to land on a beach in Los Angeles, California. GALVEZ admitted that he knew that he was doing something illegal by crossing into the United States. GALVEZ acknowledged the responsibility of transporting the other individuals into the United States. GALVEZ stated he did not know how he and the others were going to be picked up once they made landfall. GALVEZ stated he saw the lights from the U.S. Coast Guard boat and flares shot into the air. GALVEZ stated he was scared and decided to flee and get to land. GALVEZ stated the Coast Guard boat caught up to his boat and shot the engine. GALVEZ was presented a photographic array labeled "B" depicting each person who was on the boat. GALVEZ said he did not know anyone on the vessel. GALVEZ was then presented the Defendant's Statement Concerning Undocumented Aliens known as the Lujan-Castro form. GALVEZ then recanted his statement of not knowing anyone on the boat and stated he knows defendant Eleazar BARRERAS-Laurian. GALVEZ stated he has known BARRERAS for approximately 15 years and that they are both from the same fishing town in Sinaloa, Mexico. GALVEZ stated that BARRERAS was his assistant and re-fueler in this event. GALVEZ was able to identify BARRERA in a photographic line-up.

**CONTINUATION OF COMPLAINT:**
Tranquilino Martin GALVEZ Gonzalez,
Eleazar BARRERAS-Laurian

Material witness, Gustavo Enrique MONTOYA Castillo, stated that he is a citizen of Mexico without any immigration documents that would allow him to enter in the United States legally. MONTOYA stated he was aware that he was making an illegal entry into the United States. MONTOYA stated that his mother made the smuggling arrangements for him and agreed to pay $12,000 U.S. Dollars. MONTOYA stated that he boarded a vessel in Ensenada, Mexico along with several other groups of people. MONTOYA stated there was no food nor water on the vessel, and everyone had a life vest on. MONYOYA stated that he heard the Coast Guard vessel and described seeing the white and blue lights. MONTOYA explained and showed how the Coast Guard Vessel approached the boat and stated he heard the warning shot from Coast Guard. MONTOYA stated the captain, GALVEZ, turned the vessel around heading back to Mexico after seeing the Coast Guard lights. MONTOYA was able to identify defendant Tranquilino Martin GALVEZ Gonzalez as the captain of the vessel in a photographic line-up.

**Executed on May 20, 2023 at 11:00 AM.**

_____
Jesse Bojórquez
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 19, 2023, in violation of 8 USC 1324.

_____        5/20/23  3:52 p.m.
LUPE C. RODRIGUEZ, JR.                  Date/Time
United States Magistrate Judge